**Order entered August 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00525-CV

### DONALD DAVIS, Appellant

### V.

### ATTORNEY GENERAL, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-01417-T**

## ORDER

Because the supplemental clerk's record has been filed, we **GRANT** appellant's "motion for appropriate order directing the district clerk to file the past due supplemental clerk's records and/or provide appellant with copy of same and transcript" to the extent we **DIRECT** the Clerk of the Court to mail appellant a copy of the supplemental clerk's record. We **GRANT** appellant's third motion for extension of time to file brief and **ORDER** the brief be filed no later than September 28, 2015.

/s/    CRAIG STODDART
       JUSTICE